Trinity Health Corporation    20555 Victor Parkway Livonia, MI 48152    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn | Trinity Health Corporation | | 5033020 | 03/01/2026 | 03/14/2026 | 03/20/2026 | |
| Salary | | | | | | | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 80.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | | 1,974.57 |
| YTD | 432.00 | 18,441.13 | 1,948.97 | 4,035.54 | 585.24 | | 11,871.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 03/01/2026 - 03/14/2026 | 80 | 38.4189 | 3,073.52 | 432 | 16,597.00 |
| PTO | | 0 | | | 32 | 1,229.42 |
| Holiday | | 0 | | | 16 | 614.71 |
| Group Term Life | 03/01/2026 - 03/14/2026 | 0 | 0 | 5.95 | 0 | 35.70 |
| Earnings | | | | 3,079.47 | | 18,476.83 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 1,102.86 |
| Medicare | 42.99 | 257.93 |
| Federal Withholding | 246.05 | 1,483.06 |
| State Tax - PA | 90.83 | 544.98 |
| SUI-Employee Paid - PA | 2.15 | 12.93 |
| City Tax - PHILA | 105.63 | 633.78 |
| Employee Taxes | 671.46 | 4,035.54 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 1,260.17 |
| Dental - Delta | 7.91 | 47.46 |
| FSA Health Care | 20.00 | 120.00 |
| Medical - BCBS Michigan | 80.46 | 482.76 |
| Vision - United Health Care | 6.43 | 38.58 |
| Pre Tax Deductions | 329.95 | 1,948.97 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 134.04 |
| Supplemental AD&D - The Hartford | 3.25 | 19.50 |
| Supplemental Life - The Hartford | 41.21 | 247.26 |
| 403b Roth (Percent) | 30.74 | 184.44 |
| Post Tax Deductions | 97.54 | 585.24 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 20.16 |
| ER - Dental - Delta - NonTaxable | 11.75 | 70.50 |
| ER - Long Term Disability - The Hartford | 15.98 | 95.88 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 2,058.06 |
| Employer Paid Benefits | 374.10 | 2,244.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 17,788.03 |
| Medicare - Taxable Wages | 2,964.67 | 17,788.03 |
| Federal Withholding - Taxable Wages | 2,749.52 | 16,527.86 |
| State Tax Taxable Wages - PA | 2,958.72 | 17,752.33 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 18,476.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 224 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|---|
| Turner, Shawn | Trinity Health Corporation | | | 5033020 | 02/15/2026 | 02/28/2026 | | 03/06/2026 | |
| Salary | | | | | | | | | |

| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | 80.00 | 3,073.52 | 329.95 | 671.47 | 97.54 | | 1,974.56 |
| YTD | | 352.00 | 15,367.61 | 1,619.02 | 3,364.08 | 487.70 | | 9,896.81 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 02/15/2026 - 02/28/2026 | 80 | 38.4189 | 3,073.52 | 352 | 13,523.48 |
| PTO | | | 0 | | 32 | 1,229.42 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 02/15/2026 - 02/28/2026 | 0 | 0 | 5.95 | 0 | 29.75 |
| Earnings | | | | 3,079.47 | | 15,397.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 919.05 |
| Medicare | 42.99 | 214.94 |
| Federal Withholding | 246.05 | 1,237.01 |
| State Tax - PA | 90.83 | 454.15 |
| SUI-Employee Paid - PA | 2.16 | 10.78 |
| City Tax - PHILA | 105.63 | 528.15 |
| Employee Taxes | 671.47 | 3,364.08 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 1,045.02 |
| Dental - Delta | 7.91 | 39.55 |
| FSA Health Care | 20.00 | 100.00 |
| Medical - BCBS Michigan | 80.46 | 402.30 |
| Vision - United Health Care | 6.43 | 32.15 |
| Pre Tax Deductions | 329.95 | 1,619.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 111.70 |
| Supplemental AD&D - The Hartford | 3.25 | 16.25 |
| Supplemental Life - The Hartford | 41.21 | 206.05 |
| 403b Roth (Percent) | 30.74 | 153.70 |
| Post Tax Deductions | 97.54 | 487.70 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 16.80 |
| ER - Dental - Delta - NonTaxable | 11.75 | 58.75 |
| ER - Long Term Disability - The Hartford | 15.98 | 79.90 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,715.05 |
| Employer Paid Benefits | 374.10 | 1,870.50 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 14,823.36 |
| Medicare - Taxable Wages | 2,964.67 | 14,823.36 |
| Federal Withholding - Taxable Wages | 2,749.52 | 13,778.34 |
| State Tax Taxable Wages - PA | 2,958.72 | 14,793.61 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 15,397.36 |

| Marital Status | Federal | State |
|---|---|---|
| | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 224 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.56 | USD |

Trinity Health Corporation    20555 Victor Parkway Livonia, MI 48152    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn Salary | Trinity Health Corporation | | 5033020 | 01/18/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 80.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | | 1,974.57 |
| YTD | 208.00 | 9,220.57 | 959.12 | 2,021.15 | 292.62 | | 5,947.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/18/2026 - 01/31/2026 | 80 | 38.4189 | 3,073.52 | 208 | 7,991.15 |
| PTO | | | 0 | | 16 | 614.71 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 01/18/2026 - 01/31/2026 | 0 | 0 | 5.95 | 0 | 17.85 |
| Earnings | | | | 3,079.47 | | 9,238.42 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 551.43 |
| Medicare | 42.98 | 128.96 |
| Federal Withholding | 246.05 | 744.91 |
| State Tax - PA | 90.83 | 272.49 |
| SUI-Employee Paid - PA | 2.16 | 6.47 |
| City Tax - PHILA | 105.63 | 316.89 |
| Employee Taxes | 671.46 | 2,021.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 614.72 |
| Dental - Delta | 7.91 | 23.73 |
| FSA Health Care | 20.00 | 60.00 |
| Medical - BCBS Michigan | 80.46 | 241.38 |
| Vision - United Health Care | 6.43 | 19.29 |
| Pre Tax Deductions | 329.95 | 959.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 67.02 |
| Supplemental AD&D - The Hartford | 3.25 | 9.75 |
| Supplemental Life - The Hartford | 41.21 | 123.63 |
| 403b Roth (Percent) | 30.74 | 92.22 |
| Post Tax Deductions | 97.54 | 292.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 10.08 |
| ER - Dental - Delta - NonTaxable | 11.75 | 35.25 |
| ER - Long Term Disability - The Hartford | 15.98 | 47.94 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,029.03 |
| Employer Paid Benefits | 374.10 | 1,122.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 8,894.02 |
| Medicare - Taxable Wages | 2,964.67 | 8,894.02 |
| Federal Withholding - Taxable Wages | 2,749.52 | 8,279.30 |
| State Tax Taxable Wages - PA | 2,958.72 | 8,876.17 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 9,238.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 240 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

Trinity Health Corporation    20555 Victor Parkway Livonia, MI 48152    (734) 343-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Turner, Shawn<br>Salary | Trinity Health Corporation | 5033020 | 01/18/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | 1,974.57 |
| YTD | 208.00 | 9,220.57 | 959.12 | 2,021.15 | 292.62 | 5,947.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| Regular | 01/18/2026 - 01/31/2026 | 80 | 38.4189 | 3,073.52 | 208 | 7,991.15 |
| PTO | | | 0 | | 16 | 614.71 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 01/18/2026 - 01/31/2026 | 0 | 0 | 5.95 | 0 | 17.85 |
| Earnings | | | | 3,079.47 | | 9,238.42 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 183.81 | 551.43 |
| Medicare | 42.98 | 128.96 |
| Federal Withholding | 246.05 | 744.91 |
| State Tax - PA | 90.83 | 272.49 |
| SUI-Employee Paid - PA | 2.16 | 6.47 |
| City Tax - PHILA | 105.63 | 316.89 |
| Employee Taxes | 671.46 | 2,021.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 403b Contribution (Percent) | 215.15 | 614.72 |
| Dental - Delta | 7.91 | 23.73 |
| FSA Health Care | 20.00 | 60.00 |
| Medical - BCBS Michigan | 80.46 | 241.38 |
| Vision - United Health Care | 6.43 | 19.29 |
| Pre Tax Deductions | 329.95 | 959.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 403b Loan (Loan 1) | 22.34 | 67.02 |
| Supplemental AD&D - The Hartford | 3.25 | 9.75 |
| Supplemental Life - The Hartford | 41.21 | 123.63 |
| 403b Roth (Percent) | 30.74 | 92.22 |
| Post Tax Deductions | 97.54 | 292.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 10.08 |
| ER - Dental - Delta - NonTaxable | 11.75 | 35.25 |
| ER - Long Term Disability - The Hartford | 15.98 | 47.94 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,029.03 |
| Employer Paid Benefits | 374.10 | 1,122.30 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 2,964.67 | 8,894.02 |
| Medicare - Taxable Wages | 2,964.67 | 8,894.02 |
| Federal Withholding - Taxable Wages | 2,749.52 | 8,279.30 |
| State Tax Taxable Wages - PA | 2,958.72 | 8,876.17 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 9,238.42 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 240 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|------|--------------|----------------|------------|--------|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

Trinity Health Corporation   20555 Victor Parkway Livonia, MI 48152   (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn Salary | Trinity Health Corporation | | 5033020 | 01/18/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 80.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | | 1,974.57 |
| YTD | 208.00 | 9,220.57 | 959.12 | 2,021.15 | 292.62 | | 5,947.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/18/2026 - 01/31/2026 | 80 | 38.4189 | 3,073.52 | 208 | 7,991.15 |
| PTO | | | 0 | | 16 | 614.71 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 01/18/2026 - 01/31/2026 | 0 | 0 | 5.95 | 0 | 17.85 |
| Earnings | | | | 3,079.47 | | 9,238.42 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 551.43 |
| Medicare | 42.98 | 128.96 |
| Federal Withholding | 246.05 | 744.91 |
| State Tax - PA | 90.83 | 272.49 |
| SUI-Employee Paid - PA | 2.16 | 6.47 |
| City Tax - PHILA | 105.63 | 316.89 |
| Employee Taxes | 671.46 | 2,021.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 614.72 |
| Dental - Delta | 7.91 | 23.73 |
| FSA Health Care | 20.00 | 60.00 |
| Medical - BCBS Michigan | 80.46 | 241.38 |
| Vision - United Health Care | 6.43 | 19.29 |
| Pre Tax Deductions | 329.95 | 959.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 67.02 |
| Supplemental AD&D - The Hartford | 3.25 | 9.75 |
| Supplemental Life - The Hartford | 41.21 | 123.63 |
| 403b Roth (Percent) | 30.74 | 92.22 |
| Post Tax Deductions | 97.54 | 292.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 10.08 |
| ER - Dental - Delta - NonTaxable | 11.75 | 35.25 |
| ER - Long Term Disability - The Hartford | 15.98 | 47.94 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,029.03 |
| Employer Paid Benefits | 374.10 | 1,122.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 8,894.02 |
| Medicare - Taxable Wages | 2,964.67 | 8,894.02 |
| Federal Withholding - Taxable Wages | 2,749.52 | 8,279.30 |
| State Tax Taxable Wages - PA | 2,958.72 | 8,876.17 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 9,238.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 240 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

Trinity Health Corporation   20555 Victor Parkway Livonia, MI 48152   (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn
Salary | Trinity Health Corporation | | 5033020 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | 1,974.57 |
| YTD | 272.00 | 12,294.09 | 1,289.07 | 2,692.61 | 390.16 | 7,922.25 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 02/01/2026 - 02/14/2026 | 64 | 38.4189 | 2,458.81 | 272 | 10,449.96 | OASDI | 183.81 | 735.24 |
| PTO | 02/01/2026 - 02/14/2026 | 16 | 38.4189 | 614.71 | 32 | 1,229.42 | Medicare | 42.99 | 171.95 |
| Holiday | | | 0 | | 16 | 614.71 | Federal Withholding | 246.05 | 990.96 |
| Group Term Life | 02/01/2026 - 02/14/2026 | 0 | 0 | 5.95 | 0 | 23.80 | State Tax - PA | 90.83 | 363.32 |
| | | | | | | | SUI-Employee Paid - PA | 2.15 | 8.62 |
| | | | | | | | City Tax - PHILA | 105.63 | 422.52 |
| Earnings | | | | 3,079.47 | | 12,317.89 | Employee Taxes | 671.46 | 2,692.61 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403b Contribution (Percent) | 215.15 | 829.87 | 403b Loan (Loan 1) | 22.34 | 89.36 |
| Dental - Delta | 7.91 | 31.64 | Supplemental AD&D - The Hartford | 3.25 | 13.00 |
| FSA Health Care | 20.00 | 80.00 | Supplemental Life - The Hartford | 41.21 | 164.84 |
| Medical - BCBS Michigan | 80.46 | 321.84 | 403b Roth (Percent) | 30.74 | 122.96 |
| Vision - United Health Care | 6.43 | 25.72 | | | |
| Pre Tax Deductions | 329.95 | 1,289.07 | Post Tax Deductions | 97.54 | 390.16 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 13.44 | OASDI - Taxable Wages | 2,964.67 | 11,858.69 |
| ER - Dental - Delta - NonTaxable | 11.75 | 47.00 | Medicare - Taxable Wages | 2,964.67 | 11,858.69 |
| ER - Long Term Disability - The Hartford | 15.98 | 63.92 | Federal Withholding - Taxable Wages | 2,749.52 | 11,028.82 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,372.04 | State Tax Taxable Wages - PA | 2,958.72 | 11,834.89 |
| Employer Paid Benefits | 374.10 | 1,496.40 | City Tax Taxable Wages - PHILA | 3,079.47 | 12,317.89 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | TH PTO Drop In (Biweekly B) | 0 | 16 | 224 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57   USD |

Trinity Health Corporation    20555 Victor Parkway Livonia, MI 48152    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn<br>Salary | Trinity Health Corporation | | 5033020 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 64.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | | 1,974.57 |
| YTD | 272.00 | 12,294.09 | 1,289.07 | 2,692.61 | 390.16 | | 7,922.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 02/01/2026 - 02/14/2026 | 64 | 38.4189 | 2,458.81 | 272 | 10,449.96 |
| PTO | 02/01/2026 - 02/14/2026 | 16 | 38.4189 | 614.71 | 32 | 1,229.42 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 02/01/2026 - 02/14/2026 | 0 | 0 | 5.95 | 0 | 23.80 |
| Earnings | | | | 3,079.47 | | 12,317.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 735.24 |
| Medicare | 42.99 | 171.95 |
| Federal Withholding | 246.05 | 990.96 |
| State Tax - PA | 90.83 | 363.32 |
| SUI-Employee Paid - PA | 2.15 | 8.62 |
| City Tax - PHILA | 105.63 | 422.52 |
| Employee Taxes | 671.46 | 2,692.61 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 829.87 |
| Dental - Delta | 7.91 | 31.64 |
| FSA Health Care | 20.00 | 80.00 |
| Medical - BCBS Michigan | 80.46 | 321.84 |
| Vision - United Health Care | 6.43 | 25.72 |
| Pre Tax Deductions | 329.95 | 1,289.07 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 89.36 |
| Supplemental AD&D - The Hartford | 3.25 | 13.00 |
| Supplemental Life - The Hartford | 41.21 | 164.84 |
| 403b Roth (Percent) | 30.74 | 122.96 |
| Post Tax Deductions | 97.54 | 390.16 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 13.44 |
| ER - Dental - Delta - NonTaxable | 11.75 | 47.00 |
| ER - Long Term Disability - The Hartford | 15.98 | 63.92 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 1,372.04 |
| Employer Paid Benefits | 374.10 | 1,496.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 11,858.69 |
| Medicare - Taxable Wages | 2,964.67 | 11,858.69 |
| Federal Withholding - Taxable Wages | 2,749.52 | 11,028.82 |
| State Tax Taxable Wages - PA | 2,958.72 | 11,834.89 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 12,317.89 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Single or Married filing<br>separately | | |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 16 | 224 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

Trinity Health Corporation    20555 Victor Parkway Livonia, MI 48152    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn Salary | Trinity Health Corporation | | 5033020 | 12/21/2025 | 01/03/2026 | 01/09/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 3,073.53 | 299.22 | 678.23 | 97.54 | 1,998.54 |
| YTD | 48.00 | 3,073.53 | 299.22 | 678.23 | 97.54 | 1,998.54 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/21/2025 - 01/03/2026 | 48 | 38.4189 | 1,844.11 | 48 | 1,844.11 |
| PTO | 12/21/2025 - 01/03/2026 | 16 | 38.4189 | 614.71 | 16 | 614.71 |
| Holiday | 12/21/2025 - 01/03/2026 | 16 | 38.4189 | 614.71 | 16 | 614.71 |
| Group Term Life | 12/21/2025 - 01/03/2026 | 0 | 0 | 5.95 | 0 | 5.95 |
| Earnings | | | | 3,079.48 | | 3,079.48 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 183.81 |
| Medicare | 42.99 | 42.99 |
| Federal Withholding | 252.81 | 252.81 |
| State Tax - PA | 90.83 | 90.83 |
| SUI-Employee Paid - PA | 2.16 | 2.16 |
| City Tax - PHILA | 105.63 | 105.63 |
| Employee Taxes | 678.23 | 678.23 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 184.42 | 184.42 |
| Dental - Delta | 7.91 | 7.91 |
| FSA Health Care | 20.00 | 20.00 |
| Medical - BCBS Michigan | 80.46 | 80.46 |
| Vision - United Health Care | 6.43 | 6.43 |
| Pre Tax Deductions | 299.22 | 299.22 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 22.34 |
| Supplemental AD&D - The Hartford | 3.25 | 3.25 |
| Supplemental Life - The Hartford | 41.21 | 41.21 |
| 403b Roth (Percent) | 30.74 | 30.74 |
| Post Tax Deductions | 97.54 | 97.54 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 3.36 |
| ER - Dental - Delta - NonTaxable | 11.75 | 11.75 |
| ER - Long Term Disability - The Hartford | 15.98 | 15.98 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 343.01 |
| Employer Paid Benefits | 374.10 | 374.10 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.68 | 2,964.68 |
| Medicare - Taxable Wages | 2,964.68 | 2,964.68 |
| Federal Withholding - Taxable Wages | 2,780.26 | 2,780.26 |
| State Tax Taxable Wages - PA | 2,958.73 | 2,958.73 |
| City Tax Taxable Wages - PHILA | 3,079.48 | 3,079.48 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 216 | 16 | 240 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,998.54    USD |

Trinity Health Corporation   20555 Victor Parkway Livonia, MI 48152   (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Shawn<br>Salary | Trinity Health Corporation | | 5033020 | 01/04/2026 | 01/17/2026 | 01/23/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,073.52 | 329.95 | 671.46 | 97.54 | 1,974.57 |
| YTD | 128.00 | 6,147.05 | 629.17 | 1,349.69 | 195.08 | 3,973.11 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/04/2026 - 01/17/2026 | 80 | 38.4189 | 3,073.52 | 128 | 4,917.63 |
| PTO | | | 0 | | 16 | 614.71 |
| Holiday | | | 0 | | 16 | 614.71 |
| Group Term Life | 01/04/2026 - 01/17/2026 | 0 | 0 | 5.95 | 0 | 11.90 |
| Earnings | | | | 3,079.47 | | 6,158.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.81 | 367.62 |
| Medicare | 42.99 | 85.98 |
| Federal Withholding | 246.05 | 498.86 |
| State Tax - PA | 90.83 | 181.66 |
| SUI-Employee Paid - PA | 2.15 | 4.31 |
| City Tax - PHILA | 105.63 | 211.26 |
| Employee Taxes | 671.46 | 1,349.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 215.15 | 399.57 |
| Dental - Delta | 7.91 | 15.82 |
| FSA Health Care | 20.00 | 40.00 |
| Medical - BCBS Michigan | 80.46 | 160.92 |
| Vision - United Health Care | 6.43 | 12.86 |
| Pre Tax Deductions | 329.95 | 629.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 22.34 | 44.68 |
| Supplemental AD&D - The Hartford | 3.25 | 6.50 |
| Supplemental Life - The Hartford | 41.21 | 82.42 |
| 403b Roth (Percent) | 30.74 | 61.48 |
| Post Tax Deductions | 97.54 | 195.08 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 3.36 | 6.72 |
| ER - Dental - Delta - NonTaxable | 11.75 | 23.50 |
| ER - Long Term Disability - The Hartford | 15.98 | 31.96 |
| ER - Medical BCBS Michigan - NonTaxable | 343.01 | 686.02 |
| Employer Paid Benefits | 374.10 | 748.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,964.67 | 5,929.35 |
| Medicare - Taxable Wages | 2,964.67 | 5,929.35 |
| Federal Withholding - Taxable Wages | 2,749.52 | 5,529.78 |
| State Tax Taxable Wages - PA | 2,958.72 | 5,917.45 |
| City Tax Taxable Wages - PHILA | 3,079.47 | 6,158.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Drop In (Biweekly B) | 0 | 0 | 240 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| police and Fire Federal Credit Union | police | ******7951 | | 1,974.57 | USD |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Name | Mercy Catholic Medical Center of Southea | 4286547 | 03/01/2026 | 03/14/2026 | 03/20/2026 | |

Name: Turner, Pamela
Hourly

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 1,668.80 | 168.87 | 266.51 | 0.00 | 1,233.42 |
| YTD | 445.25 | 10,701.05 | 1,047.67 | 1,758.64 | 0.00 | 7,894.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 03/01/2026 - 03/14/2026 | 80 | 20.58 | 1,646.40 | 424.25 | 8,731.08 |
| Holiday/Wknd Work | | 0 | | | 8 | 82.32 |
| Holiday Worked - S | | 0 | | | 8 | 164.64 |
| Evening | 03/01/2026 - 03/14/2026 | 28 | 0.8 | 22.40 | 154.75 | 123.80 |
| Overtime | | 0 | | | 13 | 403.12 |
| PTO | | 0 | | | 26.117924 | 537.53 |
| Holiday | | 0 | | | 16 | 329.28 |
| Floating Holiday | | 0 | | | 16 | 329.28 |
| Earnings | | | | 1,668.80 | | 10,701.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 98.17 | 631.60 |
| Medicare | 22.96 | 147.73 |
| Federal Withholding | 76.91 | 539.94 |
| State Tax - PA | 48.61 | 312.78 |
| SUI-Employee Paid - PA | 1.17 | 7.49 |
| City Tax - DARBY | 16.69 | 107.01 |
| PA LST - DARBY | 2.00 | 12.00 |
| Employee Taxes | 266.51 | 1,758.64 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 83.44 | 535.09 |
| Dental - Delta | 5.60 | 33.60 |
| Medical - BCBS Michigan | 73.40 | 440.40 |
| Vision - United Health Care | 6.43 | 38.58 |
| Pre Tax Deductions | 168.87 | 1,047.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 10.86 |
| ER - Dental - Delta - NonTaxable | 8.40 | 50.40 |
| ER - Long Term Disability - The Hartford | 3.41 | 20.46 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 1,987.92 |
| Employer Paid Benefits | 344.94 | 2,069.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,583.37 | 10,188.47 |
| Medicare - Taxable Wages | 1,583.37 | 10,188.47 |
| Federal Withholding - Taxable Wages | 1,499.93 | 9,653.38 |
| State Tax Taxable Wages - PA | 1,583.37 | 10,188.47 |
| City Tax Taxable Wages - DARBY | 1,668.80 | 10,701.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Availabl |
|---|---|---|---|
| TH PTO Accrual (Biweekly B) | 5.538 | 0 | 10.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| chase | chase ******4331 | ******4331 | | 1,233.42  U |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Turner, Pamela | Mercy Catholic Medical Center of Southea | 4286547 | 02/15/2026 | 02/28/2026 | 03/06/2026 | |
| Hourly | | | | | | |

| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 67.25 | 1,512.28 | 161.05 | 230.21 | 0.00 | 1,121.02 |
| YTD | | 365.25 | 9,032.25 | 878.80 | 1,492.13 | 0.00 | 6,661.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 02/15/2026 - 02/28/2026 | 67.25 | 20.58 | 1,384.01 | 344.25 | 7,084.68 |
| Holiday/Wknd Work | | | 0 | | 8 | 82.32 |
| Holiday Worked - SI | | | 0 | | 8 | 164.64 |
| Evening | 02/15/2026 - 02/28/2026 | 24.5 | 0.8 | 19.60 | 126.75 | 101.40 |
| Overtime | | | 0 | | 13 | 403.12 |
| PTO | 02/15/2026 - 02/28/2026 | 5.28 | 20.58 | 108.67 | 26.117924 | 537.53 |
| Holiday | | | 0 | | 16 | 329.28 |
| Floating Holiday | | | 0 | | 16 | 329.28 |
| Earnings | | | | 1,512.28 | | 9,032.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 88.47 | 533.52 |
| Medicare | 20.69 | 124.77 |
| Federal Withholding | 59.07 | 463.03 |
| State Tax - PA | 43.80 | 264.17 |
| SUI-Employee Paid - PA | 1.06 | 6.32 |
| City Tax - DARBY | 15.12 | 90.32 |
| PA LST - DARBY | 2.00 | 10.00 |
| Employee Taxes | 230.21 | 1,492.13 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 75.62 | 451.65 |
| Dental - Delta | 5.60 | 28.00 |
| Medical - BCBS Michigan | 73.40 | 367.00 |
| Vision - United Health Care | 6.43 | 32.15 |
| Pre Tax Deductions | 161.05 | 878.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 9.05 |
| ER - Dental - Delta - NonTaxable | 8.40 | 42.00 |
| ER - Long Term Disability - The Hartford | 3.41 | 17.05 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 1,656.60 |
| Employer Paid Benefits | 344.94 | 1,724.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,426.85 | 8,605.10 |
| Medicare - Taxable Wages | 1,426.85 | 8,605.10 |
| Federal Withholding - Taxable Wages | 1,351.23 | 8,153.45 |
| State Tax Taxable Wages - PA | 1,426.85 | 8,605.10 |
| City Tax Taxable Wages - DARBY | 1,512.28 | 9,032.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Accrual (Biweekly B) | 5.021 | 5.28 | 5.024 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | chase ******4331 | ******4331 | | 1,121.02    US |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Turner, Pamela Hourly | Mercy Catholic Medical Center of Southea | 4286547 | 01/18/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 90.50 | 1,998.42 | 185.36 | 342.93 | 0.00 | 1,470.13 |
| YTD | 232.75 | 5,930.34 | 552.83 | 1,013.77 | 0.00 | 4,363.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/18/2026 - 01/31/2026 | 80 | 20.58 | 1,646.40 | 211.75 | 4,357.82 |
| Holiday/Wknd Work | | | 0 | | 8 | 82.32 |
| Holiday Worked - SI | | | 0 | | 8 | 164.64 |
| Evening | 01/18/2026 - 01/31/2026 | 33 | 0.8 | 26.40 | 78.25 | 62.60 |
| Overtime | 01/18/2026 - 01/24/2026 | 0.25 | 31.03 | 7.76 | | |
| Overtime | 01/25/2026 - 01/31/2026 | 10.25 | 31.01 | 317.86 | 13 | 403.12 |
| PTO | | | 0 | | 9.78 | 201.28 |
| Holiday | | | 0 | | 16 | 329.28 |
| Floating Holiday | | | 0 | | 16 | 329.28 |
| Earnings | | | | 1,998.42 | | 5,930.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 118.60 | 351.79 |
| Medicare | 27.73 | 82.27 |
| Federal Withholding | 114.49 | 336.07 |
| State Tax - PA | 58.73 | 174.19 |
| SUI-Employee Paid - PA | 1.40 | 4.15 |
| City Tax - DARBY | 19.98 | 59.30 |
| PA LST - DARBY | 2.00 | 6.00 |
| Employee Taxes | 342.93 | 1,013.77 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 99.93 | 296.54 |
| Dental - Delta | 5.60 | 16.80 |
| Medical - BCBS Michigan | 73.40 | 220.20 |
| Vision - United Health Care | 6.43 | 19.29 |
| Pre Tax Deductions | 185.36 | 552.83 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 5.43 |
| ER - Dental - Delta - NonTaxable | 8.40 | 25.20 |
| ER - Long Term Disability - The Hartford | 3.41 | 10.23 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 993.96 |
| Employer Paid Benefits | 344.94 | 1,034.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,912.99 | 5,674.05 |
| Medicare - Taxable Wages | 1,912.99 | 5,674.05 |
| Federal Withholding - Taxable Wages | 1,813.06 | 5,377.51 |
| State Tax Taxable Wages - PA | 1,912.99 | 5,674.05 |
| City Tax Taxable Wages - DARBY | 1,998.42 | 5,930.34 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Accrual (Biweekly B) | 5.538462 | 0 | 11.057924 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chase | chase ******4331 | ******4331 | | 1,470.13 | USD |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Pamela Hourly | Mercy Catholic Medical Center of Southea | | 4286547 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 65.25 | 1,589.63 | 164.92 | 248.15 | 0.00 | 1,176.56 |
| YTD | 298.00 | 7,519.97 | 717.75 | 1,261.92 | 0.00 | 5,540.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 02/01/2026 - 02/14/2026 | 65.25 | 20.58 | 1,342.85 | 277 | 5,700.67 |
| Holiday/Wknd Work | | | 0 | | 8 | 82.32 |
| Holiday Worked - SI | | | 0 | | 8 | 164.64 |
| Evening | 02/01/2026 - 02/14/2026 | 24 | 0.8 | 19.20 | 102.25 | 81.80 |
| Overtime | | | 0 | | 13 | 403.12 |
| PTO | 02/01/2026 - 02/14/2026 | 11.05792 | 20.58 | 227.58 | 20.837924 | 428.86 |
| Holiday | | | 0 | | 16 | 329.28 |
| Floating Holiday | | | 0 | | 16 | 329.28 |
| Earnings | | | | 1,589.63 | | 7,519.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 93.26 | 445.05 |
| Medicare | 21.81 | 104.08 |
| Federal Withholding | 67.89 | 403.96 |
| State Tax - PA | 46.18 | 220.37 |
| SUI-Employee Paid - PA | 1.11 | 5.26 |
| City Tax - DARBY | 15.90 | 75.20 |
| PA LST - DARBY | 2.00 | 8.00 |
| Employee Taxes | 248.15 | 1,261.92 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 79.49 | 376.03 |
| Dental - Delta | 5.60 | 22.40 |
| Medical - BCBS Michigan | 73.40 | 293.60 |
| Vision - United Health Care | 6.43 | 25.72 |
| Pre Tax Deductions | 164.92 | 717.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 7.24 |
| ER - Dental - Delta - NonTaxable | 8.40 | 33.60 |
| ER - Long Term Disability - The Hartford | 3.41 | 13.64 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 1,325.28 |
| Employer Paid Benefits | 344.94 | 1,379.76 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,504.20 | 7,178.25 |
| Medicare - Taxable Wages | 1,504.20 | 7,178.25 |
| Federal Withholding - Taxable Wages | 1,424.71 | 6,802.22 |
| State Tax Taxable Wages - PA | 1,504.20 | 7,178.25 |
| City Tax Taxable Wages - DARBY | 1,589.63 | 7,519.97 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Accrual (Biweekly B) | 5.283 | 11.057924 | 5.283 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chase | chase ******4331 | ******4331 | | 1,176.56 | USD |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Turner, Pamela Hourly | Mercy Catholic Medical Center of Southea | 4286547 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 65.25 | 1,589.63 | 164.92 | 248.15 | 0.00 | 1,176.56 |
| YTD | 298.00 | 7,519.97 | 717.75 | 1,261.92 | 0.00 | 5,540.30 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Regular | 02/01/2026 - 02/14/2026 | 65.25 | 20.58 | 1,342.85 | 277 | 5,700.67 | | OASDI | 93.26 | 445.05 |
| Holiday/Wknd Work | | | 0 | | 8 | 82.32 | | Medicare | 21.81 | 104.08 |
| Holiday Worked - Si | | | 0 | | 8 | 164.64 | | Federal Withholding | 67.89 | 403.96 |
| Evening | 02/01/2026 - 02/14/2026 | 24 | 0.8 | 19.20 | 102.25 | 81.80 | | State Tax - PA | 46.18 | 220.37 |
| Overtime | | | 0 | | 13 | 403.12 | | SUI-Employee Paid - PA | 1.11 | 5.26 |
| PTO | 02/01/2026 - 02/14/2026 | 11.05792 | 20.58 | 227.58 | 20.837924 | 428.86 | | City Tax - DARBY | 15.90 | 75.20 |
| Holiday | | | 0 | | 16 | 329.28 | | PA LST - DARBY | 2.00 | 8.00 |
| Floating Holiday | | | 0 | | 16 | 329.28 | | | | |
| Earnings | | | | 1,589.63 | | 7,519.97 | | Employee Taxes | 248.15 | 1,261.92 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403b Contribution (Percent) | 79.49 | 376.03 |
| Dental - Delta | 5.60 | 22.40 |
| Medical - BCBS Michigan | 73.40 | 293.60 |
| Vision - United Health Care | 6.43 | 25.72 |
| Pre Tax Deductions | 164.92 | 717.75 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 7.24 | | OASDI - Taxable Wages | 1,504.20 | 7,178.25 |
| ER - Dental - Delta - NonTaxable | 8.40 | 33.60 | | Medicare - Taxable Wages | 1,504.20 | 7,178.25 |
| ER - Long Term Disability - The Hartford | 3.41 | 13.64 | | Federal Withholding - Taxable Wages | 1,424.71 | 6,802.22 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 1,325.28 | | State Tax Taxable Wages - PA | 1,504.20 | 7,178.25 |
| Employer Paid Benefits | 344.94 | 1,379.76 | | City Tax Taxable Wages - DARBY | 1,589.63 | 7,519.97 |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | TH PTO Accrual (Biweekly B) | 5.283 | 11.057924 | 5.283 |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******4331 | ******4331 | | 1,176.56    USD |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Turner, Pamela<br>Hourly | Mercy Catholic Medical Center of Southea | | 4286547 | 01/04/2026 | 01/17/2026 | 01/23/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 61.75 | 1,674.83 | 169.18 | 267.91 | 0.00 | 1,237.74 |
| YTD | 142.25 | 3,931.92 | 367.47 | 670.84 | 0.00 | 2,893.61 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 01/04/2026 - 01/17/2026 | 60 | 20.58 | 1,234.80 | 131.75 | 2,711.42 | OASDI | 98.55 | 233.19 |
| Holiday/Wknd Work | | | 0 | | 8 | 82.32 | Medicare | 23.05 | 54.54 |
| Holiday Worked - Si | | | 0 | | 8 | 164.64 | Federal Withholding | 77.60 | 221.58 |
| Evening | 01/04/2026 - 01/17/2026 | 24.75 | 0.8 | 19.80 | 45.25 | 36.20 | State Tax - PA | 48.79 | 115.46 |
| Overtime | 01/04/2026 - 01/10/2026 | 1.75 | 31.03 | 54.31 | 2.5 | 77.50 | SUI-Employee Paid - PA | 1.17 | 2.75 |
| PTO | 01/04/2026 - 01/17/2026 | 9.78 | 20.58 | 201.28 | 9.78 | 201.28 | City Tax - DARBY | 16.75 | 39.32 |
| Holiday | | | 0 | | 16 | 329.28 | PA LST - DARBY | 2.00 | 4.00 |
| Floating Holiday | 01/04/2026 - 01/17/2026 | 8 | 20.58 | 164.64 | 16 | 329.28 | | | |
| Earnings | | | | 1,674.83 | | 3,931.92 | Employee Taxes | 267.91 | 670.84 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 403b Contribution (Percent) | 83.75 | 196.61 |
| Dental - Delta | 5.60 | 11.20 |
| Medical - BCBS Michigan | 73.40 | 146.80 |
| Vision - United Health Care | 6.43 | 12.86 |
| Pre Tax Deductions | 169.18 | 367.47 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 3.62 | OASDI - Taxable Wages | 1,589.40 | 3,761.06 |
| ER - Dental - Delta - NonTaxable | 8.40 | 16.80 | Medicare - Taxable Wages | 1,589.40 | 3,761.06 |
| ER - Long Term Disability - The Hartford | 3.41 | 6.82 | Federal Withholding - Taxable Wages | 1,505.65 | 3,564.45 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 662.64 | State Tax Taxable Wages - PA | 1,589.40 | 3,761.06 |
| Employer Paid Benefits | 344.94 | 689.88 | City Tax Taxable Wages - DARBY | 1,674.83 | 3,931.92 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing<br>separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | TH PTO Accrual (Biweekly B) | 5.506 | 9.78 | 5.519462 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******4331 | ******4331 | | 1,237.74  USD |

Mercy Catholic Medical Center of Southeastern Pennsylvania    3805 West Chester Pike, Suite 100 Newtown Square, PA 19073-2329    (734) 343-1000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Turner, Pamela<br>Hourly | Mercy Catholic Medical Center of Southea | 4286547 | 12/21/2025 | 01/03/2026 | 01/09/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.50 | 2,257.09 | 198.29 | 402.93 | 0.00 | 1,655.87 |
| YTD | 80.50 | 2,257.09 | 198.29 | 402.93 | 0.00 | 1,655.87 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/21/2025 - 01/03/2026 | 71.75 | 20.58 | 1,476.62 | 71.75 | 1,476.62 |
| Holiday/Wknd Work | 12/21/2025 - 01/03/2026 | 8 | 10.29 | 82.32 | 8 | 82.32 |
| Holiday Worked - SI | 12/21/2025 - 12/27/2025 | 8 | 20.58 | 164.64 | 8 | 164.64 |
| Evening | 12/21/2025 - 01/03/2026 | 20.5 | 0.8 | 16.40 | 20.5 | 16.40 |
| Overtime | 12/21/2025 - 12/27/2025 | 0.75 | 30.92 | 23.19 | 0.75 | 23.19 |
| Holiday | 12/21/2025 - 01/03/2026 | 16 | 20.58 | 329.28 | 16 | 329.28 |
| Floating Holiday | 12/21/2025 - 01/03/2026 | 8 | 20.58 | 164.64 | 8 | 164.64 |
| Earnings | | | | 2,257.09 | | 2,257.09 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 134.64 | 134.64 |
| Medicare | 31.49 | 31.49 |
| Federal Withholding | 143.98 | 143.98 |
| State Tax - PA | 66.67 | 66.67 |
| SUI-Employee Paid - PA | 1.58 | 1.58 |
| City Tax - DARBY | 22.57 | 22.57 |
| PA LST - DARBY | 2.00 | 2.00 |
| Employee Taxes | 402.93 | 402.93 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 112.86 | 112.86 |
| Dental - Delta | 5.60 | 5.60 |
| Medical - BCBS Michigan | 73.40 | 73.40 |
| Vision - United Health Care | 6.43 | 6.43 |
| Pre Tax Deductions | 198.29 | 198.29 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.81 | 1.81 |
| ER - Dental - Delta - NonTaxable | 8.40 | 8.40 |
| ER - Long Term Disability - The Hartford | 3.41 | 3.41 |
| ER - Medical BCBS Michigan - NonTaxable | 331.32 | 331.32 |
| Employer Paid Benefits | 344.94 | 344.94 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,171.66 | 2,171.66 |
| Medicare - Taxable Wages | 2,171.66 | 2,171.66 |
| Federal Withholding - Taxable Wages | 2,058.80 | 2,058.80 |
| State Tax Taxable Wages - PA | 2,171.66 | 2,171.66 |
| City Tax Taxable Wages - DARBY | 2,257.09 | 2,257.09 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH PTO Accrual (Biweekly B) | 5.538462 | 0 | 9.793462 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chase | chase ******4331 | ******4331 | | 1,655.87 | USD |